# NO. 12-12-00394-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GARRAND CONSTRUCTION COMPANY, INC.,* *APPELLANT/CROSS-APPELLEE* | § | *APPEAL FROM THE* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *RANDY MCLAIN d/b/a MCLAIN'S PAVING & SEALCOATING,* *APPELLEE/CROSS-APPELLANT* | § | *NACOGDOCHES COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of jurisdiction pursuant to Texas Rule of Appellate Procedure 42.3(a). The trial court's judgment was signed on August 1, 2012. Under the rules of appellate procedure, the notice of appeal must be filed within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. But when, as here, the appellant timely files a request for findings of fact and conclusions of law and those findings and conclusions could properly be considered by the appellate court, the notice of appeal must be filed within ninety days after the judgment is signed. *See* TEX. R. APP. P. 26.1(a)(4). Applying this rule, Appellant's notice of appeal was due to have been filed no later than October 30, 2012.

Appellant did not file its notice of appeal until November 19, 2012. The following day, Appellant filed a motion in this court to extend the time for filing its notice of appeal. Such an extension is permitted if, within fifteen days after the deadline for filing the notice of appeal, the party files the notice in the trial court and a motion for extension of time in the court of appeals. TEX. R. APP. P. 26.3. In this case, however, Appellant's motion for extension of time was due

not later than November 14, 2012. Because Appellant did not file its motion until November 20, 2012, the motion was untimely, and must be overruled.[1] *See **id***.

Because this court is not authorized to extend the time for perfecting an appeal except as provided by Texas Rules of Appellate Procedure 26.1 and 26.3, the motion to extend the time for filing the notice of appeal is overruled, and the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R.APP. P. 42.3(a).

Opinion delivered November 30, 2012.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)

---

[1] Because the notice of appeal was not filed within the time for filing the motion to extend the time for filing, we do not imply such a motion as permitted by the holding in ***Verburgt v. Dorner***, 959 S.W.2d 615, 616 (Tex. 1997).



# COURT OF APPEALS
# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS
# JUDGMENT

**NOVEMBER 30, 2012**

**NO. 12-12-00394-CV**

**GARRAND CONSTRUCTION COMPANY, INC.,**
Appellant/Cross-Appellee
V.
**RANDY MCLAIN d/b/a MCLAIN'S PAVING & SEALCOATING**,
Appellee/Cross-Appellant

Appeal from the Judicial District Court
of Nacogdoches County, Texas. (Tr.Ct.No. C0925896)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*